No. 76-6263. YOUNG *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 76-6281. OGDEN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 76-6299. ROBERTS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 76-6301. CARPENTER *v.* SOUTH DAKOTA ET AL. C. A. 8th Cir. Certiorari denied.

No. 76-6304. BROWN *v.* RUBIERA, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76-6307. WIGGINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76-6323. ELLSWORTH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76-6343. BEASLEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76-6369. SNEBOLD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76-6383. WANZER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76-6403. DUMEUR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76-6415. LEE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76-6428. JENKINS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 76-6448. GREEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.